AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RICKY DAVID SECHREST,

     Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                        CASE NUMBER: **3:92-cv-00536-ECR-WGC**

RENEE BAKER, et al.,

     Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** petitioner's fourth amended petition for writ of habeas corpus (#179) is **DENIED** with respect to Grounds 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 2J, 2K, 2L, 2M, 2N, 2O, 2P, 2Q, 2R, 3, 4A, 4B, 4C, 4D, 4E, 4F, 4G, 4H, 4I, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
    **IT IS FURTHER ORDERED** that petitioner's fourth amended petition for writ of habeas corpus (#179) is **GRANTED** with respect to Grounds 1 and 5.
    **IT IS FURTHER ORDERED** that within **120 days** of the date of entry of this order the State of Nevada shall either (1) grant petitioner a new penalty phase trial, and initiate proceedings relative to that new penalty phase trial, or (2) vacate petitioner's death sentences and impose upon him non-capital sentences, consistent with law.
    **IT IS FURTHER ORDERED** that petitioner is granted a certificate of appealability with respect to Ground 4A of his fourth amended petition for writ of habeas corpus (#179).


  \_\_September 14, 2011\_\_                            **LANCE S. WILSON**
                                                                            Clerk


                                                                       \_/s/ D. R. Morgan\_\_\_\_
                                                                           Deputy Clerk