UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKY DAVID SECHREST, | ) | |
| Petitioner, | ) | 3:92-cv-00536-HDM-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

on October 8, 2015, in this capital habeas corpus action, brought by Ricky David Sechrest, a Nevada prisoner, the Ninth Circuit Court of Appeals affirmed this court's denial of guilt-phase relief. *See* Memorandum Order filed March 5, 2015 (ECF No. 222); Mandate filed October 8, 2015 (ECF No. 227). Previously, in 2008, the court of appeals ordered habeas relief granted to Sechrest with respect to his death sentence. *See* Opinion filed December 5, 2008 (ECF No. 165).

The court will direct the Clerk of the Court to reopen this case, so that the court may hear from the parties with respect to what further proceedings are necessary, and for such proceedings that are necessary to finally conclude this action.

It appears to the court that all Sechrest's claims in this action have been resolved. The question is whether anything remains to be done to effectuate the judgment in the case.

1  The court will direct the petitioner to file a status report setting forth his position with respect
2  to the status of the case, and regarding what further proceedings, if any, he deems necessary.
3  Respondents will have an opportunity to respond, and petitioner to reply, if necessary.  After the
4  parties file such briefing the court will, if necessary, hold a status conference, set a schedule for
5  further proceedings, or take whatever other action is required.

6  **IT IS THEREFORE ORDERED** that the Clerk of the Court shall reopen this action.

7  **IT IS FURTHER ORDERED** that the petitioner shall have 30 days from the entry of this
8  order to file a status report as described above.  Thereafter, respondents shall have 20 days to file a
9  response to petitioner's status report.  Petitioner shall, thereafter, have 15 days to file a reply, if
10  necessary.

11  Dated this 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE